UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                      :
:
-v-                                                         :         22-CR-343-5 (JMF)
:
ISAIAH THOMAS,                                         :         SCHEDULING ORDER
:
Defendant.                         :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

It is hereby ORDERED that the change of plea in this matter, presently scheduled for **December 19, 2023**, is RESCHEDULED to **January 11, 2024,** at **3:00 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.

The Clerk is directed to terminate ECF No. 116.

SO ORDERED.

Dated: December 19, 2023
New York, New York

JESSE M. FURMAN
United States District Judge