# WL| Wright Law
## ATTORNEY AT LAW

**299 BROADWAY, SUITE 708**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

April 3, 2023

> Application GRANTED. Sentencing is hereby ADJOURNED to May 16, 2024, at 3:00 p.m. No further adjournments are likely to be granted. The Clerk of Court is directed to terminate Doc. #204. SO ORDERED.
>
> [signature]
> April 3, 2024

**VIA ECF**
The Honorable Judge Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

**Re:**   *United States* **v.** *Isaiah Thomas,* **22-cr-00343 (JMF)**

Dear Judge Furman:

I represent Isaiah Thomas in the above indictment and write to respectfully request an adjournment of Mr. Thomas' sentence date currently scheduled for April 17, 2024, to a date in middle to late May that works best for the Court. This is my first such request and the government graciously gives their consent.

I make this request as I am awaiting the return on my client's medical and education records due to arrive in the next week that are necessary for the defense sentencing submission. In addition, the undersigned has been attending to a family's members unfortunate and rapid decline from Alzheimer's disease which has proven time consuming. The requested additional time will allow me to finish Mr. Thomas' memo and confer with him about it prior to its submission.

Thank you in advance.

Sincerely,
/s/
Christopher Wright