# WL| Wright Law
### ATTORNEY AT LAW

**299 Broadway, Suite 708**
**New York, NY 10007**
**Office (212) 822-1419 • Facsimile (212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

April 30, 2024

**VIA ECF**
The Honorable Judge Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

> Application GRANTED. Defendant's sentencing submission is due May 7, 2024. The Government's sentencing submission is due May 13, 2024. The Clerk of Court is directed to terminate Doc. 224. SO ORDERED.
>
> [signature]
>
> May 1, 2024

**Re:** *United States* **v.** *Isaiah Thomas 22-CR-00343(JMF)*

Dear Judge Furman:

    I represent Isaiah Thomas who is scheduled to be sentenced by the Court on May 16, 2024. I write today to respectfully request a short extension of the time for the filing of the defendant's sentencing submission from May 2, 2024 until May 7, 2024. I make this request as I am just now resolving a trial and I would like to use the coming weekend to meet with my client and review our sentencing submission before it is filed with the Court.

    I have advised counsel for the government, AUSA Thomas Wright, regarding the instant application to extend the due date for the defendant's sentencing submission and the government graciously consents.

                                                      Sincerely,
                                                      /s/
                                                      Christopher Wright