# WL| Wright Law
### ATTORNEY AT LAW

**299 Broadway, Suite 708**
**New York, NY 10007**
**Office (212) 822-1419 • Facsimile (212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

May 23, 2024

**VIA ECF**
The Honorable Judge Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

> Application GRANTED. Sentencing is hereby ADJOURNED to **June 3, 2024, at 2:00 p.m.** The Clerk of Court is directed to terminate Doc. #245. SO ORDERED.
>
> *[signature]*
>
> May 24, 2024

**Re:** *United States* **v.** *Isaiah Thomas* 22-CR-00343(JMF)

Dear Judge Furman:

As the court directed on May 16, 2024, I am writing today to update the Court regarding the status of the continued sentencing for Isaiah Thomas currently scheduled for May 28, 2024. As the Court is aware the MDC Jail was on lockdown for much of this week (May 20, 2024 to May 22, 2024) and as a consequence I was unable to have a counsel visit. My hope was to have two counsel visits with Mr. Thomas before his May 28 sentence date.

I was able to finally have a counsel visit with Mr. Thomas early this morning at the MDC jail and he would like another meeting with me before his sentence date. My schedule for the coming Memorial Day weekend (and the BOP holiday closures) will not allow for that second counsel visit before May 28. Consequently, I respectfully request a very brief adjournment to continue the sentencing until either of these dates: June 3 afternoon, June 5 or June 6. This additional time will allow me to meet with Mr. Thomas again and ensure the completion of the sentencing hearing.

I make this request with the gracious consent of government through AUSA Thomas Wright. Thank you.

Sincerely,
/s/
Christopher Wright

cc: Thomas John Wright, AUSA (via ECF)

1