UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                              :
:
            -v-                                                       :         22-CR-343-5 (JMF)
:
ISAIAH THOMAS,                                               :         ORDER
:
                        Defendant.                            :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On December 18, 2024, Defendant, proceeding without counsel, filed a "Motion For Sentence Reduction/Modification." *See* ECF No. 345  The Government shall file any opposition to the motion by **January 9, 2025**, and Defendant shall file any reply by **January 30, 2025**.

The Clerk of Court is directed to mail a copy of this Memorandum Opinion and Order to:

> ISAIAH THOMAS
> Register No. 39372-510
> USP Hazelton
> U.S. PENITENTIARY
> P.O. BOX 2000
> BRUCETON MILLS, WV  26525

SO ORDERED.

Dated: December 19, 2024
       New York, New York

_____
JESSE M. FURMAN
United States District Judge