UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
:
      -v-                                  :   22-CR-343-5 (JMF)
:
ISAIAH THOMAS,                                                          :   SCHEDULING ORDER
:
      Defendant.                           :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On January 6, 2025, the Clerk of Court docketed a motion filed by Defendant Isaiah Thomas, proceeding without counsel, dated December 23, 2024, seeking relief pursuant to 28 U.S.C. § 2255.  *See* ECF No. 347.  In the interests of efficiency, the **Government shall file a single, consolidated opposition to this motion** *and* **Defendant's earlier Motion for Sentence Reduction/Modification**, *see* ECF No. 345, and **Defendant shall file a single, consolidated reply memorandum of law in support of both motions**.  The Government's opposition deadline is extended to **January 23, 2025**, and Defendant's reply deadline is extended to **February 13, 2025**.

      The Clerk of Court is directed to mail a copy of this Memorandum Opinion and Order to:

      ISAIAH THOMAS
      Register No. 39372-510
      USP Hazelton
      U.S. PENITENTIARY
      P.O. BOX 2000
      BRUCETON MILLS, WV 26525

SO ORDERED.

Dated: January 7, 2025  
      New York, New York  
                                                        JESSE M. FURMAN  
                                                        United States District Judge