UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

UNITED STATES OF AMERICA

           -v-

ISAIAH THOMAS,

           Defendant.

------------------------------------------------------------------------X

22-CR-343-5 (JMF)
24-CV-10083 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

       By Memorandum Opinion an Order entered on February 27, 2025, the Court denied the motions filed by Defendant Isaiah Thomas, proceeding without counsel, for a reduction of his sentence and to vacate his sentence. *See* ECF No. 357.[1] On March 5, 2025, the Clerk of Court docketed a reply from Thomas dated February 19, 2025, and received by the Court on March 3, 2025. *See* ECF No. 358. Thomas's reply does not affect the Court's analysis or conclusions in its February 27, 2025 Opinion and Order. Nor does it provide any ground for reconsideration.

       As Thomas has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253(c); *see also, e.g.*, *Matthews v. United States*, 682 F.3d 180, 185 (2d Cir. 2012). In addition, this Court certifies, pursuant to Title 28, United States Code, Section 1915(a)(3), that any appeal from this Order would not be taken in good faith, and *in forma pauperis* status is thus denied. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

       The Clerk of Court is directed to mail a copy of this Order to:

> Isaiah Thomas
> Register No. 39372-510
> USP Hazelton
> U.S. Penitentiary
> P.O. Box 2000
> Bruceton Mills, WV 26525

SO ORDERED.

Dated: March 6, 2025
       New York, New York

                                         JESSE M. FURMAN
                                         United States District Judge

---

[1] References to the docket are to 22-CR-343 (JMF).