UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                      :

UNITED STATES OF AMERICA                               :

                  -v-                                             :          22-CR-343-5 (JMF)

ISAIAH THOMAS,                                      :                ORDER

                      Defendant.                        :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On **June 3, 2025**, Defendant, proceeding without counsel, filed a motion alleging ineffective assistance of counsel, which should presumably be treated as a motion to vacate pursuant to 28 U.S.C. § 2255.  *See* ECF No. 368.  The Government shall file any opposition to the motion by **June 24, 2025**, and Defendant shall file any reply by **July 22, 2025**.

        The Clerk of Court is directed to mail this Order to:

> Isaiah Thomas
> Register No. 39372-510
> USP Hazelton
> U.S. Penitentiary
> P.O. Box 2000
> Bruceton Mills, WV 26525

SO ORDERED.

Dated: June 4, 2025
       New York, New York                                                   JESSE M. FURMAN
                                                                        United States District Judge