UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                    :
:
-v-                                                    :   22-CR-343-5 (JMF)
:
ISAIAH THOMAS,                                              :   ORDER
:
Defendant.                                :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On June 4, 2025, the Court issued an order setting a briefing schedule with respect to Defendant's motion alleging ineffective assistance of counsel. *See* ECF No. 369.[1] The Order was returned as undeliverable because the Defendant had been moved to a new facility. In light of that, Defendant's deadline to reply is hereby extended to **August 7, 2025**.

The Clerk of Court is directed to mail this Order, the Court's June 4, 2025 Order (ECF No. 369), and the Government's response (ECF No. 370) to:

> Isaiah Thomas
> Register No. 39372-510
> Fayette Co Detention Center
> 600 Old Frankfort Circle
> Lexington, KY 40510

SO ORDERED.

Dated: July 11, 2025
New York, New York
_____
JESSE M. FURMAN
United States District Judge

---

[1] The Government filed its opposition to Defendant's motion six days late. *See* ECF No. 370. The Court is not pleased with the Government's failure to abide by the Court's deadline but will accept the submission nonetheless. Future late filings may be rejected.