UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                              :
UNITED STATES OF AMERICA                                      :
                                                              :         22-CR-343-5 (JMF)
            -v-                                               :
                                                              :         MEMORANDUM OPINION
ISAIAH THOMAS,                                               :              AND ORDER
                                                              :
                              Defendant.                      :
                                                              :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendant Isaiah Thomas was convicted, following a guilty plea, of various crimes and sentenced to 192 months' imprisonment. *See* ECF No. 277 ("Sent. Tr."), at 33. On December 23, 2024, proceeding without counsel, he filed a motion, pursuant to 28 U.S.C. § 2255, to vacate his sentence. *See* ECF No. 347. By Memorandum Opinion and Order dated February 27, 2025, the Court dismissed the motion as "premature" in light of a pending direct appeal. *See* ECF No. 357, at 4. The Court noted that Thomas could "refile his motion . . . after his direct appeal is resolved (assuming, of course, the direct appeal does not moot the motion)." *Id.* Thomas's direct appeal remains pending, yet he has filed another *pro se* motion to vacate his sentence. *See* ECF No. 368. As Thomas does not even make an argument for why his new motion should be considered now, the motion is DISMISSED for the same reasons. Further, as Thomas has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253(c); *see also, e.g.*, *Matthews v. United States*, 682 F.3d 180, 185 (2d Cir. 2012). In addition, this Court certifies, pursuant to Title 28, United States Code, Section 1915(a)(3), that any appeal from this Memorandum Opinion and Order would not be taken in good faith, and *in forma pauperis* status is thus denied. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

      The Clerk of Court is directed to mail a copy of this Memorandum Opinion and Order to:

      Isaiah Thomas
      Reg. No. 39372-510
      USP Hazelton
      U.S. Penitentiary
      P.O. Box 2000
      Bruceton Mills, WV 26525

      SO ORDERED.

Dated: October 27, 2025
      New York, New York

_____
JESSE M. FURMAN
United States District Judge