UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| -v- | : | 22-CR-343-5 (JMF) |
| ISAIAH THOMAS, | : | ORDER |
| Defendant. | : | |

---

JESSE M. FURMAN, United States District Judge:

On November 6, 2026, Defendant Isaiah Thomas filed a motion for appointment of counsel to assist with a potential motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). *See* ECF No. 386 Upon review of the motion, the Court concludes that it is appropriate to appoint counsel for Defendant pursuant to the Criminal Justice Act ("CJA"). Accordingly, David Esseks and Eugene Ingoglia, CJA counsel on duty today, are hereby appointed. If Mr. Esseks and Mr. Ingoglia are unable or unwilling to accept appointment, they shall notify the Court no later than **November 18, 2026**. (By the same date, they may also notify the Court if only one of them will handle this matter.) Assuming they are not relieved as counsel, they shall promptly contact Defendant by telephone to advise him of this Order.

The Clerk of Court is directed to terminate ECF No. 386, to update the docket, and to mail this Order to:

Isaiah Thomas
Register No. 39372-510
FCI Hazelton
P.O. Box 5000
Bruceton Mill, WV 26525

SO ORDERED.

Dated: November 12, 2026
New York, New York

JESSE M. FURMAN
United States District Judge